■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL FELDER, Appellant. [3 NYS3d 645]—Appeal from a judgment of the County Court of Saratoga County (Scarano, J.), rendered April 26, 2013, convicting defendant upon his plea of guilty of the crime of attempted assault in the second degree.

Defendant waived indictment and pleaded guilty to the crime of attempted assault in the second degree as charged in a superior court information. Under the terms of the plea agreement, he was to waive his right to appeal and be sentenced as a second felony offender to 1½ to 3 years in prison. Defendant signed a written waiver of his right to appeal and was subsequently sentenced in accordance with the terms of the plea agreement. He now appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no

nonfrivolous issues to be raised on appeal. Upon reviewing the record and counsel's brief, we agree. Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979, 980 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Peters, P.J., Rose, Egan Jr. and Devine, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.